UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

MAR 2 5 2026

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| JERRELL CAMPBELL, | ) |
| | ) |
| Defendant. | ) |

**4:26CR130-HEA/RHH**

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about October 31, 2025, in St. Louis City, within the Eastern District of Missouri,

**JERRELL CAMPBELL,**

the defendant herein, knowing he had previously been convicted in a court of law of one or more

crimes punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm

that had traveled in interstate or foreign commerce during or prior to being in the defendant's

possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

On or about October 31, 2025, in St. Louis City, within the Eastern District of Missouri,

**JERRELL CAMPBELL,**

the defendant herein, did knowingly possess a machinegun.

In violation of Title 18, United States Code, Section 922(o), and punishable under Title

18, United States Code, Section 924(a)(2).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.     Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) as set forth above, the defendant(s) shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation(s).

2.     If any of the property described above, as a result of any act or omission of the defendants:

   a.     cannot be located upon the exercise of due diligence;

   b.     has been transferred or sold to, or deposited with, a third party;

   c.     has been placed beyond the jurisdiction of the court;

   d.     has been substantially diminished in value; or

   e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney

_____
CATHERINE M. HOAG, #67500MO
Assistant United States Attorney